UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

RICHARD A. RENTERIA,           )   No. EDCV 08-747-VBK
                               )
            Petitioner,        )   JUDGMENT
                               )
     v.                        )
                               )
JOSEPH K. WOODRING, Warden,    )
                               )
                               )
            Respondent.        )
_____)

Pursuant to the Memorandum Opinion and Order of the Court,

**IT IS ADJUDGED** that Respondent's motion to dismiss is granted, and the matter will be dismissed without prejudice.

DATED: 10-6-2008

VICTOR B. KENTON
UNITED STATES MAGISTRATE JUDGE